In the Matter of the Marriage of

GIVEN,

*Appellant - Cross-Respondent.*

*and*

GIVEN,

*Respondent - Cross-Appellant.*

(84-2654-NJ-2; CA A37263)

722 P2d 37

Michael Jewett, Ashland, argued the cause for appellant - cross-respondent. With him on the briefs was Jacobson, Jewett & Thierolf, P.C., Ashland.

Thomas C. Howser, Ashland, argued the cause for respondent - cross-appellant. On the brief were Rebecca G. Orf and Cottle, Howser & Munsell, P.C., Ashland.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

In this dissolution proceeding, wife has renewed her motion to dismiss husband's appeal. The motion is denied.

Affirmed on appeal and cross-appeal. No costs to either party.